HIGH & COMPANY *et al.* v. AUSTELL.

Under the pleadings and evidence as they appear in the record, the court did not err in granting the plaintiff's prayer for injunction, and in refusing to grant the defendant's prayer for the appointment of a receiver.

*Judgment affirmed.    All the Justices concur.*

Argued May 3,—Decided October 13, 1909.

Petition for injunction, etc.    Before Judge Ellis.    Fulton superior court.    March 13, 1909.

*Horton Brothers & Burress,* for plaintiffs.

*John L. Hopkins & Sons,* for defendant.